# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# OXFORD DIVISION

**CAROLYN RENEE LAMAR**     **PLAINTIFF**

**VERSUS**     **NO. 3:15CV00189-MPM-JMV**

**COMMISSIONER OF SOCIAL SECURITY**     **DEFENDANT**

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

On consideration of the file and record of this action, the Court finds that the Report and Recommendations of the United States Magistrate Judge dated April 11, 2016, was on that date duly served upon counsel for Plaintiff; that more than fourteen days have elapsed since service of said Report and Recommendations; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the magistrate judge's Report and Recommendations should be approved and adopted as the opinion of the Court. It is, therefore,

**ORDERED:**

1. That the Report and Recommendations of the United States Magistrate Judge dated April 11, 2016, is hereby approved and adopted as the opinion of the Court.

2. This case is dismissed with prejudice for failure to prosecute.

**THIS**, the 29th day of April, 2016.

                                               **/s/ MICHAEL P. MILLS**
                                               **UNITED STATES DISTRICT JUDGE**
                                               **NORTHERN DISTRICT OF MISSISSIPPI**